UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 09-299 (MJD/FLN)

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )
                                     )
            v.                       )      PRELIMINARY ORDER
                                     )      OF FORFEITURE
(4) CHRISTIAN ANTONIO                )
    ARMENTILLA SOTO,                 )
                                     )
                Defendant.           )

    Based on the United States' motion for a Preliminary

Order of Forfeiture; on the Plea Agreement entered into

between the United States and Defendant Christian Antonio

Armentilla Soto; on the Court having found that certain

property is subject to forfeiture pursuant to 21 U.S.C. §

853(a); and on the Court's determination that, based on the

Plea Agreement entered into by the defendant and based on all

of the files and records of this proceeding, the government

has established the requisite nexus between such property and

the offense to which the defendant has pled guilty,

    IT IS HEREBY ORDERED that:

    1.  The following property is forfeited to the United

States pursuant to 21 U.S.C. § 853(a):

        a.  Taurus PT92 9 millimeter handgun with loaded
            magazine, recovered from a 2002 gold Mistubishi
            Galant, Minnesota license plate 394-AUT;

b.   Taurus PT-22 handgun, rosewood handle with an unloaded magazine, serial # AYJ40106;

c.   wooden Mossberg 12 gauge pump shotgun, serial # R304379;

d.   wooden Marlin .22 caliber rifle, Model 60, serial # 95423323; and

e.   black .257 rifle unknown make or model with a Tasco 4 X 40 scope, serial # M35615;

2.   The Attorney General or his authorized designee may seize the foregoing property and maintain custody and control of the property pending the entry of a Final Order of Forfeiture;

3.   The United States shall, pursuant to 21 U.S.C. § 853(n)(1), publish and give notice of this Order and its intent to dispose of the foregoing property in such manner as the Attorney General may direct;

4.   Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of his sentence and included in the criminal judgment;

5.   Following the Court's disposition of all petitions filed pursuant to 21 U.S.C. § 853(n)(2) or, if no petitions are filed, following the expiration of the time period specified within which to file such petitions, the United

States shall have clear title to the foregoing property and may warrant good title to any subsequent purchaser or transferee; and

6. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: June 28, 2010

S/ Michael J. Davis
MICHAEL J. DAVIS, Chief Judge
United States District Court